UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KILINA AMERICA, INC., a California Corporation;<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>GOOD CLOTHING, INC. d/b/a GS LOVE, a California Corporation; HYE SUN KIM, an individual; HAUTE FOX, INC., a California Corporation; JUN HYUK IM, an individual; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:17-cv-06909-DSF-JEM<br><br>**JUDGMENT** |

1. Judgment is entered against HAUTE FOX, INC. and JUN HYUK IM. in favor of Plaintiff in the total amount of $33,652.74 consisting of:
   a. statutory damages in the amount of $30,000.00;
   b. Attorney's fees in the amount of $3,000.00; and
   c. Litigation costs in the amount of $652.74.
2. Post-judgment interest is also awarded against Defendants HAUTE FOX, INC. and JUN HYUK IM. in an amount that is to be calculated from the date of entry of judgment at the rate prescribed by law.

Dated: 4/17/18

*Dale S. Fischer*

_____
Honorable Dale S. Fischer
U.S. District Judge